IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EVERETT LEON STOUT,               )
AIS # 305517,                     )
                                  )
            Plaintiff,            )
                                  )        CASE NO. 2:20-CV-250-RAH
      v.                          )
                                  )
TOM PARKER,                       )
*in his personal and individual* )
*capacity*, *et al*.,             )
                                  )
            Defendants.           )

## ORDER

On May 22, 2020, the Magistrate Judge recommended that this case be dismissed without prejudice prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(A)(1). On May 26, 2020, Plaintiff filed an amendment to the complaint naming Governor Kay Ivey as a defendant and adding a conspiracy claim. (Doc. 7.) On May 27, 2020, the Magistrate Judge issued a Supplemental Recommendation (Doc. 9) that recommends dismissal of the conspiracy claim in accordance with the provisions of 28 U.S.C. § 1915A(b)(1) and that the original Recommendation of the Magistrate Judge (Doc. 6) remain in full force and effect. On June 1, 2020 the Plaintiff filed an Objection to the original report

of the Magistrate Judge (Doc. 10), and on June 8, 2020, the Plaintiff filed an Objection to the supplemental recommendation, (Doc. 11.)

The Court has conducted an independent and *de novo* review of the record and those portions of the Recommendation and Supplemental Recommendation to which objection is made. *See* 28 U.S.C. § 636(b).  Upon this Court's review and consideration of the arguments set forth in the Objections, the Court agrees with the Magistrate Judge's findings and analysis.

Accordingly, it is ORDERED as follows:

1.     The Objections (Docs. 10; 11) are OVERRULED.

2.     The Recommendation (Doc. 6) and Supplemental Recommendation (Doc. 9) are ADOPTED.

3.     This case is DISMISSED without prejudice.

DONE, this 12th day of June, 2020.

_____/s/ R. Austin Huffaker, Jr._____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE